IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIE A. JACKSON,

      Appellant,

 v.                                      Case No.  5D16-450

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 24, 2016

3.800 Appeal from the Circuit
Court for Brevard County,
Jeffrey F. Mahl, Judge.

James S. Purdy, Public Defender, and
Alexandra  K. Galvin, Assistant Public
Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee,   and   Rebecca   Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

The decision of the lower court is affirmed without prejudice to Appellant seeking

relief pursuant to Rule 3.850.  *See Ruff v. State*, 840 So. 2d 1145, 1147 (Fla. 5th DCA

2003).

AFFIRMED.

SAWAYA, WALLIS and EDWARDS, JJ., concur.